# UNITED STATES COURT OF INTERNATIONAL TRADE

————————————————————————x
:
SENTURY TIRE (THAILAND) CO. LTD.,　　　:
SENTURY TIRE USA INC., GENERAL　　　　:
RUBBER (THAILAND) CO., LTD., ZHONGCE　:
RUBBER (THAILAND) CO., LTD., PRINX　　:
CHENGSHAN TIRE (THAILAND) CO., LTD.,　:
LINGLONG INTERNATIONAL TYRE　　　　　:
(THAILAND) CO., LTD., and LINGLONG　　:
AMERICAS INC.,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　: **SUMMONS**
　　　　　　　　　　　　Plaintiffs,　　:
　　　　　　　　　　　　　　　　　　　: Court No. 21-00439
　　　　　v.　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
UNITED STATES,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendant.　　:
————————————————————————x

TO:　The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1. <u>Name and standing of plaintiff</u>: Plaintiffs in this action are Sentury Tire (Thailand) Co. Ltd., Sentury Tire USA Inc., General Rubber (Thailand) Co., Ltd., Zhongce Rubber (Thailand) Co., Ltd., Prinx Chengshan Tire (Thailand) Co., Ltd., Linglong International Tyre (Thailand) Co., Ltd., and Linglong Americas Inc. As foreign producers from Thailand and U.S. importers of the subject merchandise, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(a), who were parties to the proceeding that led to the determination being challenged.  Plaintiffs participated in the proceeding through the submission of questionnaire responses and written arguments.  As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>: The contested determination is the U.S. International Trade Commission's final determination in the investigation of passenger vehicle and light truck tires from Korea, Taiwan, Thailand, and Vietnam, Inv. Nos. 701-TA-647 and 731-TA-1517-1520. *Passenger Vehicle and Light Truck Tires from Korea, Taiwan, Thailand, and Vietnam*, 86 Fed. Reg. 37764 (Int'l Trade Comm.) (July 16, 2021).  The Views of the Commission are contained in USITC Publication 5212 (July

2021), entitled *Passenger Vehicle and Light Truck Tires from Korea, Taiwan, Thailand, and Vietnam: Investigation Nos. 701-TA-647 and 731-TA-1517-1520 (Final)*.

3. <u>Effective date of the determination</u>: July 19, 2021.

4. <u>Date of publication in *Federal Register* of notice of contested determination</u>: The U.S. International Trade Commission published its final determination in the *Federal Register* on July 16, 2021. *Passenger Vehicle and Light Truck Tires from Korea, Taiwan, Thailand, and Vietnam*, 86 Fed. Reg. 37,764 (Int'l Trade Comm.) (July 16, 2021). The resulting antidumping and countervailing duty orders were published on July 19, 2021. *Passenger Vehicle and Light Truck Tires from Korea, Taiwan, and Thailand: Antidumping Duty Orders and Amended Final Affirmative Antidumping Duty Determination for Thailand*, 86 Fed. Reg. 38,011 (Dep't Commerce Int'l Trade Admin.) (July 19, 2021); *Passenger Vehicle and Light Truck Tires from the Republic of Vietnam: Countervailing Duty Order*, 86 Fed. Reg. 38,013 (Dep't Commerce Int'l Trade Admin.) (July 19, 2021).

Respectfully submitted,

/s/ *Ned H. Marshak*
Ned H. Marshak
Max F. Schutzman
Jordan C. Kahn
Kavita Mohan
Brandon M. Petelin

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
599 Lexington Ave., 36th Floor,
New York, NY 10022
(212) 557-4000
**
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

Dated:  August 18, 2021

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

Office of General Counsel
**U.S. International Trade Commission**
500 E Street SW
Washington, DC 20436

The Honorable Mario Toscano
Clerk of the Court

Date: August,__ 2021                    By:_____